**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**OCT 28 1997**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

TYRONE PETER DARKS,

     Plaintiff - Appellant,

v.

FRANK KEATING, Governor of
Oklahoma; DREW EDMONDSON,
Oklahoma State Attorney General;
STATE OF OKLAHOMA,

     Defendants - Appellees.

No. 97-7036
(D.C. No. 96-CV-166-S)
(Eastern District of Oklahoma)

**ORDER AND JUDGMENT**[*]

Before **TACHA**, **BALDOCK** and **LUCERO**, Circuit Judges.

     Upon careful consideration of the record, the briefs of the parties, the

district court's order, and the applicable law, we AFFIRM for substantially the

reasons stated in the district court's order.

     The mandate shall issue forthwith.

ENTERED FOR THE COURT

Carlos F. Lucero
Circuit Judge

---

[*]The case is unanimously ordered submitted without oral argument pursuant to Fed. R. App. P. 34(a) and 10th Cir. R. 34.1.9. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.